

# COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS AT HOUSTON

ORDER ON MOTION FOR REHEARING

Appellate case name:    *Javier Noel Campos v. The State of Texas*

Appellate case numbers:  01-13-00415-CR, 01-13-00416-CR, 01-13-00417-CR

Trial court case numbers: 1328806, 1328807, 1308988

Trial court:              184th District Court of Harris County

Date motion filed:        February 2, 2015

Party filing motion:      Appellant

It is ordered that the motion for rehearing is ☒ **DENIED** ☐ **GRANTED.**

Judge's signature: <u>Evelyn V. Keyes</u>
                      ☐ Acting individually    ☒ Acting for the Court

Panel consists of: <u>Justices Keyes, Higley, Brown</u>

Date:  <u>February 19, 2015</u>